## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JANET AND NICHOLAS CRESTA,**
      **Plaintiff,**

                                              **CIVIL ACTION NO.**

v.

**BLACK & DECKER (U.S.), INC.,**       **04 - 10929 RGS**
                    **Defendant.**
                                              RECEIPT #_____
                                              AMOUNT $_____
               **NOTICE OF REMOVAL**      SUMMONS ISSUED_____
                                              LOCAL RULE 4.1_____
                                              WAIVER FORM _____
                                              MCF ISSUED_____
To:    Civil Clerk's Office, United States District Court   BY DPTY. CLK._____
       District of Massachusetts, U.S. Courthouse       DATE _____5-11-04_____
       Boston, MA 02110                              **MAGISTRATE JUDGE**_____

       Superior Court Clerk, Superior Court Department of the Trial Court
       Suffolk County Court House, 90 Devonshire Street, Boston, MA 02109

       Liam J. McCarthy, Esquire, Scannell & Crowley, LLP, 201 Main Street
       Charlestown, MA 02129

       Defendant, Black & Decker (U.S.) Inc. (B&D), by its undersigned

attorneys, and pursuant to 28 U.S.C. § 1446, gives notice that it hereby removes

the above-captioned case presently pending in the Superior Court Department of

the Trial Court of Suffolk County, Commonwealth of Massachusetts, which bears

Civil Action Number 2004-0383G, to the United States District Court for the

District of Massachusetts.

       Removal is hereby authorized by 28 U.S.C. § 1441 and is based upon the

United States District Court's original jurisdiction of the case pursuant to 28

U.S.C. § 1332, because it is a civil action where the parties are citizens of different

states and the amount of controversy exceeds $75,000 exclusive of interest and costs. In support of this Notice, B&D states:

A.    Background

1.    The Amended Complaint naming the Defendant was filed in the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts in and for the County of Suffolk on or about May 3, 2004. Certified copies of the Amended Complaint and docket sheet in this action are attached to this Notice as Exhibit 1.

2.    B&D was served with the Summons and Complaint on May 5, 2004. The time within which the Defendants are required to remove this action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1446, has not expired.

3.    The Plaintiff's Amended Complaint purports to assert claims for negligence and breach of warranty against B&D.

B.    Diversity of Citizenship

4.    Defendant B&D is a corporation organized under the laws of Maryland with a principal place of business at 701 East Joppa Road, Towson, Maryland 21286  (Amended Complaint ¶ 2). B&D is not a citizen of Massachusetts.

5.    The Plaintiffs, Janet and Nicholas Cresta, are residents and citizens of Wakefield, Massachusetts (Amended Complaint ¶ 1).

6.    There is complete diversity of citizenship between the Plaintiffs and the Defendant in this action.

C.    Jurisdictional Amount

7.    Although the Amended Complaint does not specify the amount of damages sought by the Plaintiffs in this case, the Civil Action Cover Sheet filed in Suffolk County Superior Court states the Plaintiffs claim a total of $301,583 in alleged damages.

8.    Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court, Department of the Trial Court, in and for the County of Suffolk, and a copy of this Notice of Removal will be served upon counsel for the Plaintiffs.

Black & Decker (U.S.), Inc.,
By its Attorneys,

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

Dated: May 10 , 2004.

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.
5-10-04 Scott J. Tucker