UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
        Plaintiff,

C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
        Defendant.

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT AND JURY CLAIM

1. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

2. The Defendant admits the allegations in this Paragraph although the corporate headquarters are located in Towson, Maryland, not Townsend, Maryland.

3. The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

4. The Defendant denies the allegations contained in this Paragraph.

5. The Defendant admits the allegations contained in this Paragraph.

### COUNT I

6. The Defendant repeats and reavers its responses to Paragraphs 1 through 5 as if specifically set forth herein.

7. The Defendant denies the allegations contained in this Paragraph.

8. The Defendant admits the allegations contained in this Paragraph.

9. The Defendant denies the allegations contained in this Paragraph.

10. The Defendant denies the allegations contained in this Paragraph.

11. The Defendant denies the allegations contained in this Paragraph.

12. The Defendant denies the allegations contained in this Paragraph.

13. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorney's fees.

## COUNT II

14. The Defendant repeats and reavers its responses to Paragraphs 1 through 13 as if specifically set forth herein.

15. The Defendant denies that there were any implied warranties beyond those that might have been created as a matter of law.

16. The Defendant denies that there were any implied warranties beyond those that might have been created as a matter of law. The Defendant denies the remaining allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorney's fees.

## COUNT III

17. The Defendant repeats and reavers its responses to Paragraphs 1 through 16 as if specifically set forth herein.

18. The Defendant denies that there were any implied warranties beyond those that might have been created as a matter of law.

19. The Defendant denies that there were any implied warranties beyond those that might have been created as a matter of law. The Defendant denies the remaining allegations contained in this Paragraph.

Wherefore, the Defendant states that the Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorney's fees.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

And answering further, the Defendant states that the Amended Complaint fails to state a claim upon which relief can be granted and should be dismissed.

### Second Affirmative Defense

And answering further, the Defendant states that if the Plaintiff was negligent and such negligence bars or reduces Plaintiff's recovery under Massachusetts law.

## JURY CLAIM

The Defendant demands a trial by jury as to all allegations set forth in the Amended Complaint, this Answer and any further responsive pleadings.

The Defendant,
By its Attorneys,

*[signature]*

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
*[signature]* Scott Tucker - 5-20-04