UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
        Plaintiff,

v.

                              C.A. NO. 04-10929-RGS

BLACK & DECKER (U.S.), INC.,
        Defendant.

## CERTIFICATION

I, Scott J. Tucker, hereby certify that I have conferred with Ross Taylor of Black & Decker and I:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                              The Defendants,
                              By their Attorneys,

                              /s/ Scott J. Tucker
                              Scott J. Tucker – BBO# 503940
                              Tucker, Heifetz & Saltzman, LLP
                              Three School Street
                              Boston, MA 02108
                              (617) 557-9696

/s/ Ross Taylor
Ross Taylor
Litigation Manager
Black & Decker (U.S.) Inc.

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

6-9-04