UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
        Plaintiffs,

                                                         C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
        Defendant.

## JOINT MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE

      Now come the Plaintiffs and Defendant and jointly move to continue the Rule 16 Conference that is scheduled for August 9, 2004. As grounds for the Motion, the parties submit that counsel for both parties are scheduled to be on vacation during that week. Counsel are both available on August 19, September 8 and September 15 and ask that the conference be re-scheduled for one of those dates if possible.

                                              The Plaintiffs,
                                              By their Attorneys,

                                              */s/ Liam J. McCarthy*
                                              Liam J. McCarthy – BBO# 646535
                                              Scannell & Crowley, LLP
                                              5 High Street, Suite 201
                                              Medford, MA 02155
                                              (339) 674-9777

*I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.*
*7-21-04 /s/ Scott Tucker*

                                              The Defendant,
                                              By its Attorneys,

                                              */s/ Scott J. Tucker*
                                              Scott J. Tucker - BBO#503940
                                              Tucker, Heifetz & Saltzman, LLP
                                              Three School Street
                                              Boston, Massachusetts 02108
                                              (617) 557-9696