UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JANET CRESTA**

  V.          **CIVIL ACTION NO. 04-10929-RGS**

**BLACK & DECKER, U.S., INC.**

# NOTICE OF RE-SCHEDULED CONFERENCE

**STEARNS, DJ.**             **AUGUST 27, 2004**

THE RULE 16(b) CONFERENCE IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR SEPTEMBER 8, 2004 IS HEREBY RE-SCHEDULED TO:

<u>**TUESDAY, SEPTEMBER 14, 2004 AT 2:30 P.M.**</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

  SO ORDERED.

              **RICHARD G. STEARNS**
              **UNITED STATES DISTRICT JUDGE**

    **BY:**

        **/s/ Mary H. Johnson**
         **Deputy Clerk**