UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.04-10929-RGS

JANET AND NICHOLAS CRESTA,
        Plaintiffs,

v.

BLACK & DECKER (U.S.), INC.,
        Defendant.

### DISCOVERY CONFERENCE REPORT

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties have conferred regarding proposed discovery dates. The parties respectfully submit the following proposed discovery plan:

(1) **Rule 26 Disclosure**

Plaintiffs will make their initial disclosure under Rule 26(a)(1) by September 24, 2004; Defendant will make its initial disclosure under Rule 26(a)(1) by October 8, 2004.

(2) **Inventory of Evidence**

Plaintiffs shall provide an inventory of all evidence within their possession, custody or control by September 24, 2004.

(3)  **Product Inspection**

The parties shall conduct a joint inspection of the evidence pursuant to an agreed upon protocol by November 30, 2004. In the event either party wishes to conduct destructive testing, a protocol shall be agreed upon and such testing completed by December 31, 2004. If the parties cannot agree that destructive testing is to conducted, or upon the conditions for such testing, the matter shall be referred to the Court.

(4)  **Initial Written Discovery**

Initial written discovery will be served by December 1, 2004. Discovery responses will be served by February 1, 2005. Production of documents and other information may be subject to a Confidentiality Agreement. If the parties cannot agree upon the language of such an Agreement, the Court may order an appropriate order.

(5)  **Depositions**

Fact depositions will be completed by March 1, 2005.

(6) Amendment

The parties agree the Complaint may be amended to add parties or a third-party complaint may be filed until March 1, 2005.

(7) Experts

Plaintiffs' trial experts will be designated and disclosure of information contemplated by Fed.R.Civ.P.26 (a)(2) be provided no later than March 15, 2005, and designation and disclosure be made by the defendant no later than April 29, 2005.

(8) Alternative Dispute Resolution

ADR will be completed on or before June 15, 2005. The parties agree that if mediation before a senior judge is desired, a written motion for referral shall be filed with the clerk.

(9) Expert Depositions

All expert depositions shall be completed on or before August 1, 2005. Plaintiffs' experts will be deposed first, followed within the 30 days by defendant's experts.

(10) Dispositive Motions

All dispositive motions shall be filed by October 3, 2005.

(11) **Trial Date.**

Trial shall be scheduled on or after December 15, 2005.

(12) **Initial Disclosure**

The Defendant proposes that the Plaintiffs disclose their initial cause and origin report and identify the specific product defect alleged by October 15, 2004. The Plaintiffs object to such disclosure.

                **The Plaintiffs,**
                By their Attorneys,

                /s/ Liam J. McCarthy
                Liam J. McCarthy-BBO#646535
                SCANNELL & CROWLEY, LLP
                5 High Street, Suite 201
                Medford, MA 02155
                (339) 674-9777

The Defendant,
By Its Attorneys,

*/s/ Scott J. Tucker*

Scott J. Tucker-BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

**CERTIFICATE OF SERVICE**
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

*/s/ Scott Tucker – 9/10/04*