UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
          Plaintiffs,

                                          C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
          Defendant.

## JOINT MOTION TO MODIFY DISCOVERY ORDER

      Now come the parties to this action and move to modify the Discovery Order to reflect that depositions of fact witness be completed by April 15, 2005 (rather than March 1, 2005), the plaintiff designate and disclose experts' opinions by May 15, 2005 (rather than by March 25, 2005) and the defendant designate and disclose experts' opinions by June 15, 2005 (rather than by April 29, 2005).

      As grounds for the motion the parties submit that the trial schedules of counsel and schedules of witnesses makes compliance with initially proposed schedule and adopted Order problematic. Further, dates for completion of expert and subsequent dates are not altered by this proposed modification.

| | |
|---|---|
| The Plaintiffs,<br>By their Attorneys,<br><br>_/s/ Liam J. McCarthy_<br>Liam J. McCarthy – BBO# 646585<br>Scannell & Crowley, LLP<br>5 High Street, Suite 201<br>Medford, MA 02155<br>(339) 674-9777 (telephone)<br>(339) 674-9790 (facsimile) | The Defendant,<br>By its Attorneys,<br><br>_/s/ Scott J. Tucker_<br>Scott J. Tucker – BBO#503940<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, Massachusetts 02108<br>(617) 557-9696 (telephone)<br>(617) 227-9191 (facsimile) |

CERTIFICATE OF SERVICE
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

12-27-04 /s/ Scott Tucker