UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,

        Plaintiff,

v.

                               C.A. NO. 04-10929-RGS

BLACK & DECKER (U.S.) INC.,

        Defendant.

## BLACK & DECKER (U.S.) INC.'S MOTION FOR PROTECTIVE ORDER AND TO COMPEL RETURN OF INADVERTENTLY PRODUCED PRIVILEGED MATERIAL

Defendant, Black & Decker (U.S.) Inc. ("Black & Decker") files this Motion for Protective Order and to Compel Return of Inadvertently Produced Privileged Material, pursuant to Federal Rules of Civil Procedure 26 and 37. The reasons for and authorities supporting this motion are set forth in the attached Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, for all the foregoing reasons, Defendant, Black & Decker (U.S.) Inc. respectfully requests that this Court enter an Order compelling plaintiff's counsel to return to Black & Decker all inadvertently produced documents, as identified in Black & Decker's attached Memorandum of Law, and holding that Black & Decker did not waive its attorney-client privilege and/or work production doctrine protection with respect to these documents.

                    Respectfully submitted,

*/s/ Scott J. Tucker*

Scott J. Tucker – BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

Attorney for Defendant,
Black & Decker (U.S.) Inc.

*Scott J. Tucker 5-17-05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE INS. CO.,        *
as Subrogee of NICHOLAS CRESTA,
                                       *
            Plaintiff,
                                       *   C.A. NO. 04-10929-RGS
v.
                                       *
BLACK & DECKER (U.S.) INC.,
                                       *
            Defendant.
*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant, Black & Decker (U.S.) Inc.'s Motion for Protective Order and to Compel Return of Inadvertently Produced Privileged Material, any response thereto, any hearing thereon, and for good cause shown:

IT IS HEREBY ORDERED, that:

1.  Defendant's Motion is HEREBY GRANTED;

2.  All privileged documents identified in Black & Decker's privilege log, which is attached as Exhibit 3 to Black & Decker's Motion, shall be returned to Black & Decker by plaintiff's counsel; and

3.  The inadvertent disclosure of the documents identified in Black & Decker's privilege log did not waive Black & Decker's attorney-client privilege and/or the protection afforded those documents under the work product doctrine. As a

consequence, the plaintiff may not use these documents, or the information contained therein, during this litigation or for any other purpose.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE