# EXHIBIT "1"

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
    Plaintiff,

                                        C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.) INC.,
    Defendant.

## DECLARATION OF ALICIA C. REYNOLDS

I, Alicia C. Reynolds, hereby declare that:

1)    I am an attorney in good standing of the bars of the State of Maryland and the District of Columbia.

2)    I am a senior associate at Miles & Stockbridge P.C., 10 Light Street, Baltimore, Maryland  21202.  Miles & Stockbridge P.C. acts as national counsel for Black & Decker (U.S.) Inc.

3)    Black & Decker (U.S.) Inc. ("Black & Decker") is a defendant in this matter.

4)    Based upon specific document requests issued by Plaintiff, which included an inquiry about any lawsuits involving allegations of defect in the solenoid coil of the TRO510 TRY1 toaster, responsive documents were collected from Black & Decker.

5)    Specifically, one prior lawsuit, captioned <u>Hanover Insurance/Richard London v. Black & Decker (U.S.) Inc.,</u> was identified and pulled from Black & Decker's closed storage facility.  That file, consisting of a total of 594 pages, was then forwarded to me by an administrative assistant at Black & Decker.

6)    The <u>London</u> file was a litigation file created and maintained by members of Black & Decker's Product Liability Department, which is part of Black & Decker's in-house legal department and managed by Black & Decker's Senior Counsel for Product Liability.

7)  Because it was produced by Black & Decker's in-house legal department, the London file contained a significant amount of correspondence among both in-house and outside attorneys, and other case materials prepared in anticipation of litigation.

8)  In keeping with Miles & Stockbridge's document production procedures for Black & Decker files, Patricia McCulley, a paralegal at Miles & Stockbridge with over 20 years' experience, forwarded the entire file for copying. She then Bates stamped each page in the London file, and placed all Bates stamped pages into a Redweld. Once Bates stamped, the Redweld of documents was returned to me for review for privilege.

9)  I reviewed each and every page of the Redweld, segregating the documents into three different slip files as follows:

   - Production (green label) – for documents to be produced to the plaintiff;

   - Privileged (red label) – for documents protected by the attorney-client privilege and/or work product doctrine, which were not to be produced; and

   - Redacted (yellow label) – for documents that contained some privileged information, but which were to be produced once the privileged information was redacted.

10) With respect to the documents designated for redaction, each document in the yellow "Redacted" folder was appropriately redacted, and stapled to an unredacted copy. A copy of each redacted document (concealing the privileged information) was then placed in the Production folder so that plaintiff would have access to all non-privileged information contained in each such document. The unredacted copy (complete with the privileged information) remained in the yellow "Redacted" folder so as not to be produced to the plaintiff.

11) Following my review, I initialed and dated the outside of the Redweld as evidence of my review. This followed an established document review procedure developed by Miles & Stockbridge specifically for Black & Decker cases, which was designed to minimize the risk of an inadvertent production by outside counsel.

12)    I then forwarded the Redweld to J. Mark Coulson, a partner at Miles & Stockbridge, for a second review. Mr. Coulson then reviewed the responsive documents, in order to ensure that no privileged documents had been inadvertently placed into the Production slip file. Mr. Coulson then initialed and dated the Redweld file as evidence of his review.

13)    In accordance with Miles & Stockbridge's document production procedure, only the green Production slip file was then to be copied and forwarded to local counsel, Scott J. Tucker, for production.

14)    Unfortunately, in this case, all 3 of the slip file folders (including the Privileged and Redacted folders) were inadvertently sent to an outside service for copying. As a result of this ministerial mistake, the outside copy service copied the contents of all three folders – not just the documents designated for Production. Although the copy service did not place the copies in duplicate slip files, the front of each separately labeled slip file was photocopied and placed on top of its contents. Thus, in the copy sets, the contents of all three folders were combined into one stack – but that stack contained 3 divider pages bearing the words "Production," "Privileged" and "Redacted" on top of each set of corresponding documents.

15)    Regrettably, Miles & Stockbridge did not catch this copying error before sending the entire copy set to its local counsel, Mr. Tucker, with instructions to forward the documents to plaintiff's counsel.

16)    After inquiry on Wednesday, May 4, 2005 from Mr. Tucker and representatives of Black & Decker, I discovered that my office had inadvertently included the "Privileged" documents in the packet of materials that had been forwarded to Mr. Tucker for production, and that privileged documents had been inadvertently produced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2005.

Alicia C. Reynolds

# EXHIBIT "2"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,
              Plaintiff,

                                          C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.) INC.,
              Defendant.

### DECLARATION OF SCOTT J. TUCKER

I, Scott J. Tucker, declare that:

1)    I am an attorney in good standing of the bar of the Commonwealth of
      Massachusetts and am admitted to practice in the United States
      District Court for the District of Massachusetts;

2)    I am counsel of record for the Defendant, Black & Decker (U.S.) Inc. in
      this matter;

3)    On or about April 22, 2005 I received a packet of documents from
      Attorney Alicia C. Reynolds, of Miles & Stockbridge, national counsel
      for Black & Decker (U.S.) Inc., which had been designated to be
      produced to plaintiff's counsel in response to a Request for Production
      of Documents. These documents were the "London file", materials
      relating to a prior claim against Black & Decker (U.S.) Inc.;

4)    The documents were sent to a local copy service and were picked up at
      the direction of plaintiff's counsel from our offices on April 26 or 27;

5)    Prior to having the documents copied and made available to the
      plaintiff's counsel, I did not review the documents in light of the cover
      letter from Attorney Reynolds indicating they were to be produced;

6)    On Monday, May 2, 2005, Black & Decker's in-house representatives
      and I suspected that the packet of materials sent by me to be copied
      and disclosed to plaintiff's counsel may have included documents that
      had been designated "Privileged;"

7)      On Wednesday, May 4, 2005, I was advised by Attorney Reynolds that
        due to a ministerial error in copying, a secretary at Miles &
        Stockbridge had inadvertently included the "Privileged" documents in
        the packet of materials that were forwarded to me for production;

8)      On Wednesday, May 4, 2005 I advised plaintiff's counsel by telephone
        voicemail that there had been an inadvertent production of privileged
        documents.  I informed plaintiff's counsel that I would provide a list of
        all document s inadvertently produced, so these documents could be
        immediately returned to me;

9)      On Thursday, May 5, 2005 I provided plaintiff's counsel with a written
        confirmation of the inadvertent production which included a list the
        specific documents to which the privilege had been asserted.  A copy
        of this letter is attached hereto and incorporated herein as Exhibit A;

10)     After reviewing my May 5, 2005 letter, Mr. McCarthy notified me that
        he would not return the documents described therein, claiming that
        Black & Decker had waived all applicable privileges.  Mr. McCarthy
        agreed, however, temporarily to seal the inadvertently produced
        documents should Black & Decker seek a Court Order directing him to
        return them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2005.

Scott J. Tucker

# EXHIBIT "A"

# TUCKER, HEIFETZ & SALTZMAN, LLP

THREE SCHOOL STREET
BOSTON, MASSACHUSETTS 02108
617-557-9696

RICHARD E. HEIFETZ
PAUL SALTZMAN*
JAMES T. SCAMBY**
SCOTT J. TUCKER

JAMES R. DYER
SCOTT H. KREMER
DANIELLE M. MALONEY
WILLIAM P. MCGOVERN, Jr.●
M. THERESE ROCHE
MICHAEL J. ST. ANDRE♦

*OF COUNSEL:*
DONNA D. BUENDO
MEREDITH H. GREENE

FACSIMILE - 617-227-9191
www.ths-law.com

*Also Admitted in RI
**Also Admitted in PA & NJ
●Also Admitted in LA
♦Also Admitted in CT

STUCKER@THS-LAW.COM

May 12, 2005

Liam J. McCarthy, Esquire
Scannell & Crowley, LLP
5 High Street, Suite 201
Medford, MA 02155

**Re:    Merrimack Mutual Fire Ins. Co., as Subrogee of Nicholas Cresta v. Black &
Decker (U.S.), Inc.**
        **United States District Court C.A. No. 04-10929RGS**

Dear Attorney McCarthy:

Upon further review of the documents produced to your office last week, we have determined that the documents Bates stamped CRESTA00001, 00002-4, 00006-7, 00010-11, 00014-17, 00025-26, 00040-41, 00074, 00136, 00139, 00275, 00277, 00285-89, 00291, 00295-97, 00299, 00301, 00303-04, 00317-20, 00322-70, 00374-86, 00400-02, 00405-06, 00413-15, 00448, 00562-64, 00567-70, 00573, and 00575-93, were produced despite reasonable precautions taken by counsel. Therefore, I ask that you return these materials consistent with applicable law.

Very truly yours,

Scott J. Tucker

SJT/bag

EXHIBIT "3"

## CRESTA V. BLACK & DECKER
### PRIVILEGE LOG

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00001 | No date | Lawsuit file management checklist and supervisory diary | Work Product |
| 00002 | 07/16/2001 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00003 | 05/30/2001 | Correspondence from Ross Taylor of Black & Decker Product Liability Department to Black & Decker claims adjuster, Gloria Colella of ESIS, regarding transmission of suit and claims summary with instructions regarding coordination of future investigation in London v. Black & Decker | Work Product |
| 00004 | 05/25/2001 | File management; lawsuit set | Work Product |

1

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | up and preliminary file analysis form completed by Ross Taylor, Black & Decker Product Liability Department | |
| 00005 | 05/30/2001 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00006-00007 | 05/30/2001 | Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00008 | 05/12/2000 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00009 | 12/21/1999 | REDACTED Black & Decker Product Liability Department Litigation Support System screens | Work Product |

2

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | containing lawsuit management data and case evaluation notes | |
| 00010 | 11/29/1999 | Lawsuit file creation request form and summary data from Ross Taylor, Black & Decker Product Liability Department | Work Product |
| 00011 | No date | File management; lawsuit index tab and internal number from Black & Decker Product Liability Department | Work Product |
| 00012 | 05/30/2001 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00013 | 05/30/2001 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00014-00015 | No date | Black & Decker Product Liability Department | Work Product |

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Litigation Support System screens containing lawsuit management data and case evaluation notes | |
| 00016 | 05/30/2001 | (Draft) Correspondence from Ross Taylor of Black & Decker Product Liability Department to Black & Decker claims adjuster, Gloria Colella of ESIS, regarding transmission of suit and claims summary with instructions regarding coordination of future investigation | Work Product |
| 00017 | 05/23/2001 | Correspondence regarding new lawsuit from Black & Decker Registered Agent to Gary C. Duvall, Esquire of Miles & Stockbridge and William G. Bruner, Esquire of Black & Decker | Attorney Client-Work Product |
| 00025 | 10/27/2000 | Internal memorandum from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding | Work Product |

4

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00026 | 09/27/2000 | Internal memorandum from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding lawsuit management | Work Product |
| 00027 | No date | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00040-00041 | 04/07/2000 | Product inspection notes of Richard Schafebook of Black & Decker Product Liability Department | Work Product |
| 00042 | 08/14/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00043 | 05/12/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00059 | 05/12/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |

5

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00074 | No date | File management; lawsuit index tab and internal number from Black & Decker Product Liability Department | Work Product |
| 00136 | 12/02/1999 | Product inspection scheduling report | Work Product |
| 000137-00138 | 12/21/1999 | REDACTED Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00139 | 10/27/2000 and 05/21/2001 | File management; lawsuit index tab and internal number from Black & Decker Product Liability Department with handwritten notes of Ross Taylor, Black & Decker Product Liability Department regarding distribution of lawsuit investigation materials | Work Product |
| 00275 | 05/24/2001 | Correspondence from Gary C. Duvall, Esquire of Miles & Stockbridge P.C. to James R. O'Brien, Esquire, Black & | Attorney Client – Work Product |

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Decker Product Liability Counsel regarding transmittal of suit | |
| 00277 | 05/23/2001 | Correspondence regarding new lawsuit from Black & Decker Registered Agent to Gary C. Duvall, Esquire of Miles & Stockbridge and William G. Bruner, Esquire of Black & Decker | Attorney Client – Work Product |
| 00285 | No date | File management; lawsuit index tab and internal number from Black & Decker Product Liability Department with handwritten notes of Ross Taylor, Black & Decker Product Liability Department | Work Product |
| 00286–00287 | 02/27/2004 | Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes and lawsuit closure checklist form | Work Product |
| 00288 | 02/27/2004 | Internal lawsuit file closure notice from Ross Taylor, Black & Decker Product | Work Product |

7

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Liability Department regarding post-lawsuit procedures | |
| 00289 | 10/11/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department regarding lawsuit file closure | Attorney Client – Work Product |
| 00291 | 10/02/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department regarding dismissal and closure of file | Attorney Client – Work Product |
| 00294 | 10/01/2001 | REDACTED Settlement amount from letter of Thomas E. Healy, Esquire of Pino & Associates, LLP to Plaintiff's counsel, Kenneth C. Rybacki, Esquire | Confidential Settlement Communications |
| 00295 | 10/01/2001 | BCC page of correspondence from Pino & Associates, LLP to Plaintiff's counsel, Kenneth Rybacki, Esquire | Attorney Client – Work Product |
| 00296 | 09/25/2001 | Copy of settlement check. | Confidential Settlement Communications |

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00297 | 09/28/2001 | Fax cover sheet from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor, Black & Decker Product Liability Department | Attorney Client – Work Product |
| 00299 | 09/28/2001 | BCC page of correspondence from Pino & Associates, LLP to Plaintiff's counsel, Kenneth Rybacki, Esquire | Attorney Client – Work Product |
| 00301 | 09/12/2001 | BCC page of correspondence from Pino & Associates, LLP to Plaintiff's counsel, Kenneth Rybacki, Esquire | Attorney Client – Work Product |
| 00303-00304 | 09/12/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor, Black & Decker Product Liability Department regarding case status. | Attorney Client – Work Product – Confidential Settlement Communications |
| 00306 | 09/05/2001 | REDACTED Settlement Amount from letter of Plaintiff's counsel, Kenneth C. Rybacki, Esquire to Thomas E. Healy, Esquire | Confidential Settlement Communications |
| 00307 | No date | REDACTED Release with settlement amount redacted | Confidential Settlement Communications |
| 00313 | No date | REDACTED Release with | Confidential Settlement |

9

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | settlement amount redacted | Communications |
| 00317 | 09/05/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to potential/consulting expert | Work Product |
| 00318 | 08/29/2001 | Correspondence from Black & Decker insurance carrier Allianz to Black & Decker adjuster at Aon Risk Services, Inc. regarding notice of claim and status of insurance with copies to Black & Decker's national counsel and Product Liability Counsel | Attorney Client – Work Product |
| 00319 | 08/29/2001 | Correspondence from Black & Decker insurance carrier Allianz to Black & Decker adjuster at Aon Risk Services, Inc. regarding notice of claim and status of insurance with copies to Black & Decker's national counsel and Product Liability Counsel | Attorney Client – Work Product |

10

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00320 | 08/24/2001 | Fax cover sheet from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department | Attorney Client |
| 00321 | 03/20/2001 | REDACTED Settlement amount from letter of Thomas E. Healy, Esquire of Pino & Associates, LLP to Plaintiff's counsel, Kenneth C. Rybacki, Esquire | Confidential Settlement Communications |
| 00322 | 08/24/2001 | BCC page of correspondence from Pino & Associates, LLP to Plaintiff's counsel, Kenneth Rybacki | Attorney Client – Work Product |
| 00323-00327 | No date | Draft of confidential general release | Work Product – Confidential Settlement Communications |
| 00328 | 08/07/2001 | Correspondence from Black & Decker adjuster at Aon Risk Services, Inc. to Black & Decker insurance carrier Allianz to regarding notice of claim and status of insurance with copies to Black & Decker's national counsel and Product Liability | Work Product |

11

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Counsel | |
| 00329 | 08/07/2001 | Correspondence from Black & Decker adjuster at Aon Risk Services, Inc. to Black & Decker insurance carrier Allianz to regarding notice of claim and status of insurance with copies to Black & Decker's national counsel and Product Liability Counsel | Work Product |
| 00330-00338 | 08/07/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department enclosing initial case analysis/proposed defense plan/proposed case budget/case budget worksheet/acknowledgement form | Attorney Client – Work Product |
| 00339-00348 | 08/07/2001 | Fax cover sheet and correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department enclosing initial | Attorney Client – Work Product |

12

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | case analysis/proposed defense plan/proposed case budget/case budget worksheet/acknowledgment form | |
| 00349-00350 | 07/23/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department regarding case status | Attorney Client - Work Product |
| 00351 | 08/07/2001 | (Draft) correspondence from Ross Taylor of Black & Decker Product Liability Department to Rudolph Pino, Esquire and Thomas E. Healy, Esquire of Pino & Associates, LLP regarding meeting | Attorney Client – Work Product |
| 00352 | 08/02/2001 | (Draft) Correspondence from Ross Taylor of Black & Decker Product Liability Department to Black & Decker insurance adjuster Clare May, J.D., of Aon Risk Services regarding insurance coverage | Attorney Client - Work Product |
| 00353-00355 | 07/31/2001 and 07/16/2001 | Handwritten notes and | Work Product |

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | calculations of Ross Taylor, Black & Decker Product Liability Department regarding lawsuit management | |
| 00357 | 06/19/2001 | BCC page of correspondence from Pino & Associates, LLP to Plaintiff's counsel, Kenneth Rybacki, Esquire | Attorney Client – Work Product |
| 00358 | 06/15/2001 | Correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department, regarding transmittal of pleading | Attorney Client – Work Product |
| 00359-00360 | 05/31/2001 | Fax cover sheet and correspondence from Thomas E. Healy, Esquire of Pino & Associates, LLP to Ross Taylor of Black & Decker Product Liability Department regarding case status | Attorney Client – Work Product |
| 00361 | 05/30/2001 | Correspondence from Ross Taylor of Black & Decker Product Liability Department to Black & | Work Product |

14

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Decker claims adjuster, Gloria Colella of ESIS, regarding transmission of suit and claims summary | |
| 00362-00366 | 05/30/2001 | Fax cover sheet, transmittal form and correspondence from Ross Taylor of Black & Decker Product Liability Department to Rudolph Pino, Esquire of Pino & Associates, LLP regarding new lawsuit | Attorney Client – Work Product |
| 00367-00368 | 05/23/2001 | Email correspondence from Black & Decker's Resident Agent to James O'Brien, Esquire, Black & Decker Product Liability Counsel regarding new lawsuit with handwritten notes of James O'Brien | Attorney Client- Work Product |
| 00369 | 05/23/2001 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 000370 | 04/23/2001 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to | Work Product |

15

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Ross Taylor of Black & Decker Product Liability Department | |
| 00371 | 03/20/2001 | REDACTED Correspondence from Plaintiff's Counsel, Kenneth C. Rybacki, Esquire, to Black & Decker claims adjuster Gloria Colella of ESIS redacting handwritten notes of ESIS to Ross Taylor of Black & Decker's Product Liability Department | Work Product |
| 00374 | 03/22/2001 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00375 | 02/22/2001 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00376 | 01/22/2001 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & | Work Product |

16

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Decker Product Liability Department | |
| 00377 | 12/20/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00378 | 11/20/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00379 | 10/27/2000 | Internal memorandum correspondence from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding inspection of product | Work Product |
| 00380-00381 | 10/27/2000 | (Draft) correspondence from Ross Taylor of Black & Decker Product Liability Department to potential/consulting expert regarding product inspection | Work Product |

17

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00382 | 10/27/2000 | Internal correspondence from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding product inspection | Work Product |
| 00383 | 10/27/2000 | Handwritten notes of Ross Taylor of Black & Decker Product Liability Department regarding lawsuit management | Work Product |
| 00384 | 10/23/2000 | Correspondence from Black & Decker claims representative, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department regarding product inspection | Work Product |
| 00385 | 10/20/2000 | Interim report from Black & Decker claims representative, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00386 | 09/27/2000 | Internal memorandum | Work Product |

18

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | correspondence from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding photographs of product. | |
| 00387 | No date | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00400 | 09/25/2000 | (Draft) correspondence from Ross Taylor of Black & Decker Product Liability Department to Black & Decker claims representative, Gloria Colella of ESIS, regarding claim status | Work Product |
| 00401 | 09/22/2000 | Lawsuit case status report and notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00402 | 09/18/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability | Work Product |

19

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00403 | 08/29/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00405 | 08/18/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00406 | 07/21/2000 | Fax cover sheet and correspondence from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department regarding case investigation including handwritten notes of Ross Taylor | Work Product |
| 00413 | 07/20/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00414 | 06/20/2000 | Interim report from Black & | Work Product |

20

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | |
| 00415 | 05/19/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00416 | 09/22/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00433 | 05/12/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00448 | 05/08/2000 | Correspondence from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department regarding case investigation including handwritten notes of Ross Taylor dated 05/12/2000. | Work Product |
| 00449 | 05/02/2000 | REDACTED Handwritten | Work Product |

21

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | notes of Ross Taylor of Black & Decker Product Liability Department | |
| 00450 | 05/02/2000 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00562 | 04/20/2000 | Interim report from Black & Decker claims representative, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Department | Work Product |
| 00563 | 04/25/2000 | Handwritten notes of Ross Taylor of Black & Decker Product Liability Department regarding case status | Work Product |
| 00564 | 04/25/2000 | Handwritten notes of Ross Taylor of Black & Decker Product Liability Department regarding lawsuit investigation. | Work Product |
| 00567-00568 | 04/07/2000 | Household product inspection notes of Richard Schafebook of Black & Decker Product Liability Department | Work Product |
| 00569 | No date | Case status report of Ross | Work Product |

22

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | Taylor of Black & Decker Product Liability Department | |
| 00570 | 01/12/2000 | Internal memorandum correspondence from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department and from Richard Schafebook to Ross Taylor, regarding product inspection | Work Product |
| 00573 | 03/22/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department, including handwritten notes of Ross Taylor. | Work Product |
| 00574 | 02/22/2000 | REDACTED BCC copy to Black & Decker and handwritten notes of Ross Taylor of Black & Decker Product Liability Department | Work Product |

23

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00575 | 02/22/2000 | Black & Decker Product Liability Department Litigation Support System screens containing lawsuit management data and case evaluation notes | Work Product |
| 00576 | 02/21/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00577 | 01/28/2000 | Interim report from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00578 | 01/12/2000 | Internal memorandum correspondence from Ross Taylor of Black & Decker Product Liability Department to Richard Schafebook of Black & Decker Product Liability Department regarding project inspection | Work Product |
| 00579-00585 | 12/30/1999 | 28 day caption report outline from Black & Decker claims | Work Product |

24

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| | | adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | |
| 00586 | 12/15/1999 | Fax cover sheet and correspondence from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department regarding product inspection | Work Product |
| 00587 | 12/09/1999 | 7 day report form from Black & Decker claims adjuster, Gloria Colella of ESIS, to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00588 | 12/06/1999 | ESIS assignment acknowledgement form to Ross Taylor at Black & Decker Product Liability Department | Work Product |
| 00589–00590 | 12/02/1999 | (Draft) correspondence from Ross Taylor of Black & Decker Product Liability Department to Plaintiff's attorney, Kenneth C. Rybacki, Jr. | Work Product |

25

| BATE NUMBER | DATE | DESCRIPTION OF DOCUMENT | BASIS OF PRIVILEGE |
|---|---|---|---|
| 00591-00592 | No date | ESIS assignment form to Ross Taylor of Black & Decker Product Liability Department | Work Product |
| 00593 | 12/01/1999 | Handwritten notes of Ross Taylor of Black & Decker's Product Liability Department regarding case management | Work Product |
| 00594 | 11/29/1999 and 12/02/1999 | REDACTED Handwritten notes of Ross Taylor of Black & Decker Product Liability Department regarding lawsuit management | Work Product |

26