UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.04-10929-RGS

**JANET AND NICHOLAS CRESTA,**
         **Plaintiffs,**

v.

**BLACK & DECKER (U.S.), INC.**
         **Defendant.**

**PLAINTIFFS' MOTION TO AMEND COMPLAINT TO SUBSTITUTE PLAINTIFF**

**NOW COME** the plaintiffs, Janet and Nicholas Cresta, and move this Honorable Court to allow amendment of the complaint to substitute the real party in interest, Merrimack Mutual Fire Insurance Company (hereinafter, "Merrimack Mutual") as subrogee of Nicholas Cresta. As grounds therefor and in support thereof, the plaintiffs state:

1. This is a subrogation action filed in Suffolk County Superior Court in the name of Merrimack Mutual's named insureds, Janet and Nicholas Cresta, pursuant to Mass. R. Civ. P. 17(a).

2. The defendant removed the action to this Honorable Court.

3. The defendant has known that the subject of this lawsuit was a subrogation matter since at least April 16, 2003, when representatives of the defendant, including defendant's attorney, inspected the fire scene.

**WHEREFORE**, pursuant to Fed. R. Civ. P. 17(a), which requires that this action be prosecuted in the name of the real party in interest, and Fed. R. Civ. P. 15, the plaintiffs move this Honorable Court to allow amendment of the complaint to substitute the real party in interest, Merrimack Mutual Fire Insurance Company, as reflected in the proposed **SECOND AMENDED COMPLAINT**, which is attached as Exhibit 1.

**PLAINTIFFS,**
By Their Attorney,

_____
Liam J. McCarthy
SCANNELL & CROWLEY, LLP
Five High Street
Medford, MA  02155
(339) 674-9777
BBO#: 646535

## CERTIFICATE OF SERVICE

I, Liam J. McCarthy, SCANNELL & CROWLEY, LLP, Five High Street, Medford, MA, 02155, hereby certify that on this 31st day of May, 2005, I served a copy of the **PLAINTIFFS' MOTION TO AMEND COMPLAINT TO SUBSTITUTE PLAINTIFF**, herein attached, upon the following in accordance with Fed.R.Civ.P. 5:

    Scott Tucker, Esq.
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA  02108

                                              Liam J. McCarthy
                                              SCANNELL & CROWLEY, LLP
                                              Five High Street
                                              Medford, MA  02155
                                              (339) 674-9777
                                              BBO#: 646535