UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANET and NICHOLAS CRESTA,

        Plaintiff,

                                          C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.) INC.,

        Defendant.

**BLACK & DECKER (U.S.) INC.'S SUPPLEMENTAL CERTIFICATION AS TO MOTION FOR PROTECTIVE ORDER AND TO COMPEL RETURN OF INADVERTENTLY PRODUCED PRIVILEGED MATERIAL**

Defendant, Black & Decker (U.S.) Inc. ("Black & Decker") hereby certifies that the parties have conferred with respect to this Motion and have been unable to resolve the dispute addressed herein.

                                      Black & Decker (U.S.) Inc.,
                                      By its Attorney,

                                      Scott J. Tucker – BBO#503940
                                      Tucker, Heifetz & Saltzman, LLP
                                      Three School Street
                                      Boston, Massachusetts 02108
                                      (617) 557-9696

CERTIFICATE OF SERVICE
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.