UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.04-10929-RGS

6/6/05

MERRIMACK MUTUAL FIRE INS. CO.
As Subrogee of NICHOLAS CRESTA,
        Plaintiff,

v.

BLACK & DECKER (U.S.), INC.
        Defendant.

## 2nd AMENDED COMPLAINT

1. Merrimack Mutual Fire Insurance Company is a Massachusetts corporation with a principal place of business as 95 Old River Road, Andover, Massachusetts.

2. Nicholas Cresta resides at 17 Millbrook Lane, Wakefield, Massachusetts.

3. At all relevant times, including March 10, 2003, Merrimack Mutual Fire Insurance Company insured the property at 17 Millbrook Lane, Wakefield, Massachusetts, pursuant to policy number HP 223-33-74.

4. Black & Decker (U.S.), Inc. (hereinafter "Black & Decker") is incorporated under the laws of the State of Maryland and maintains its corporate headquarters in Townsend, Maryland.

5. Prior to March 10, 2003, Mr. Cresta's son and daughter-in-law purchased a toaster manufactured and placed in the stream of commerce in Massachusetts by Black & Decker.

6. On or about March 10, 2003, the toaster malfunctioned causing a fire at the Mr. Cresta's home.

7. As a result of the fire, the Mr. Cresta suffered loss and damage to his property.

8. Merrimack Mutual Fire Insurance Company paid Mr. Cresta for the loss and damage he suffered and is subrogated to his rights.

## COUNT I – NEGLIGENCE

9. The plaintiff repeats, realleges and incorporates by reference the allegations of paragraphs 1 through 8 above as if fully set forth herein.

10. Black & Decker, its agents, servants, or employees improperly manufactured the toaster causing it to malfunction resulting in the fire that damaged Mr. Cresta's property.

11. Black & Decker had a duty to assemble the toaster in a manner to prevent any unreasonable risk of harm to others.

12. Black & Decker negligently designed and manufactured the toaster.

13. Black & Decker negligently placed the toaster in interstate commerce in a manner that Black & Decker foresaw or should have foreseen would carry the toaster into contact with persons such as Mr. Cresta.

14. Black & Decker negligently failed to safeguard against the foreseeable fire hazard inherent in the design and manufacture of the toaster.

15. Black & Decker negligently failed to warn Mr. Cresta of the dangerous propensities of the toaster.

16. As a direct and proximate result of Black & Decker's negligent manufacture and design of the toaster and its failure to warn Mr. Cresta of the dangers and hazards associated with the toaster, the toaster caused fire damage to the property owned by Mr. Cresta resulting in loss and damage to the property.

**WHEREFORE**, the plaintiff demands judgment against the defendant for all its damages plus costs, interests, and attorneys' fees.

## COUNT II – IMPLIED WARRANTY

17. The plaintiff repeats, realleges, and incorporates by reference the allegations contained in paragraphs 1 through 16 as if fully set forth herein.

18. Black & Decker impliedly warranted that the toaster was of merchantable quality.

19. In breach of said warranties, the toaster was not merchantable as a toaster, and as a proximate result the

fire occurred on March 10, 2003, causing damage to Mr. Cresta's property.

**WHEREFORE,** the plaintiff demands judgment against the defendant for all its damages plus costs, interests and attorneys' fees.

### COUNT III – IMPLIED WARRANTY

20. The plaintiff repeats, realleges and incorporates by reference the allegations of paragraphs 1 through 19 as if fully set forth herein.
21. Black & Decker made an implied warranty that the toaster was fit for ordinary purposes of such product.
22. In breach of said warranty, the toaster was unfit for ordinary purposes as a toaster, and as a proximate of which, a fire occurred on March 10, 2003, causing damage to the property owned by Mr. Cresta.

**WHEREFORE,** the plaintiff demands judgment against the defendant for all its damages plus costs, interests and attorneys' fees.

### JURY CLAIM

The plaintiff claims a trial by jury as to each and every fact and issue presented by any person or future party to this action.

**MERRIMACK MUTUAL FIRE INS. CO.,**
By Its Attorney,

_____
Liam J. McCarthy
SCANNELL & CROWLEY, LLP
Five High Street, Suite 201
Medford, MA 02155
(339) 674-9777
BBO #: 646535