UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE INS. CO.,
as Subrogee of NICHOLAS CRESTA,
         Plaintiff,

C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
         Defendant.

## DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT

1.    The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

2.    The Defendant admits the allegations contained in this paragraph.

3.    The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

4.    The Defendant admits the allegations contained in this Paragraph.

5.    The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

6.    The Defendant denies the allegations contained in this Paragraph.

7.    The Defendant admits that as a result of a fire that occurred on that date, property owned by Mr. Cresta was damaged or lost.

8.    The Defendant is without information sufficient to admit or deny the allegations contained in this Paragraph.

## COUNT I

9.    The Defendant repeats and reavers its responses to Paragraphs 1 through 8 as if specifically set forth herein.

10.    The Defendant denies the allegations contained in this Paragraph.

11.   The Defendant admits the allegations contained in this Paragraph.

12.   The Defendant denies the allegations contained in this Paragraph.

13.   The Defendant denies the allegations contained in this Paragraph.

14.   The Defendant denies the allegations contained in this Paragraph.

15.   The Defendant denies the allegations contained in this Paragraph.

16.   The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Second Amended Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorneys' fees.

## COUNT II

17.   The Defendant repeats and reavers its responses to Paragraphs 1 through 16 as if specifically set forth herein.

18.   The Defendant denies it made any implied warranty.

19.   The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Second Amended Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorneys' fees.

## COUNT III

20.   The Defendant repeats and reavers its responses to Paragraphs 1 through 19 as if specifically set forth herein.

21.   The Defendant denies the allegations contained in this Paragraph.

22.   The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Second Amended Complaint should be dismissed and the Plaintiff take nothing and the Defendant be awarded its costs and attorneys' fees.

## AFFIRMATIVE DEFENSES

<u>First Affirmative Defense</u>
And answering further, the Defendant states that if the Plaintiff's subrogee was negligent, such negligence bars or reduces the Plaintiff's recovery under Massachusetts law.

## JURY CLAIM

The Defendant demands a trial by jury as to all allegations set forth in the Second Amended Complaint, this Answer and any further responsive pleadings.

The Defendant,
By its Attorneys,

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

## CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on June 7, 2005 I have served a copy of:

DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT

by mailing a copy of same, by first class mail, postage prepaid, to the following counsel of record:

Liam J. McCarthy, Esquire
Scannell & Crowley, LLP
5 High Street, Suite 201
Medford, MA 02155

Scott J. Tucker