UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE INS. CO.,
    Plaintiff,

C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
    Defendant.

### OFFER OF JUDGMENT UNDER FED. R. CIV. P. 68

Now comes the Defendant and makes an Offer of Judgment in the amount of $30,000 in return for the dismissal of all claims asserted by the Plaintiff.

The Defendant,
By its Attorneys,

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

## CERTIFICATE OF SERVICE

     I, Scott J. Tucker, hereby certify that on July 21, 2005 I have served a copy of:

## OFFER OF JUDGMENT

by mailing a copy of same, by first class mail, postage prepaid, to the following counsel of record:

> Liam J. McCarthy, Esquire
> Scannell & Crowley, LLP
> 5 High Street, Suite 201
> Medford, MA 02155

_/s/ Scott J. Tucker_
Scott J. Tucker