UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.04-10929-RGS

MERRIMACK MUTUAL FIRE INS. CO.
As Subrogee of NICHOLAS CRESTA,
        Plaintiff,

v.

BLACK & DECKER (U.S.), INC.
        Defendant.

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE DEADLINE FOR FILING OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** the plaintiff, Merrimack Mutual Fire Insurance Company as subrogee of Nicholas Cresta (hereinafter "Merrimack Mutual"), and moves this honorable court to extend the deadline for it to file an opposition to the defendant's motion for summary judgment to Monday, October 24, 2005. As grounds therefor and in support thereof, the plaintiff states that opposing the defendant's motion for summary judgment requires consultation with its expert witnesses. Counsel for the plaintiff will be unable to complete the necessary consultation without the additional time requested. The plaintiff further states that if the court allows of this motion, such action will neither alter the court's scheduling order nor prejudice the defendant and that counsel for the defendant has assented to this motion.

*[Handwritten margin note: Allowed. The court notes the rules entailed in filing a motion such as this in an untimely fashion. R.B. Stearns DJ 10-19-05]*

**WHERFORE**, the plaintiff moves that this Honorable Court extend the deadline for the plaintiff to file an opposition to the defendant's motion for summary judgment until Monday, October 24, 2005.

          **MERRIMACK MUTUAL FIRE INS. CO.**,
By Its Attorney,

_____
Liam J. McCarthy
SCANNELL & CROWLEY, LLP
Five High Street, Suite 201
Medford, MA 02155
(339) 674-9777
BBO #: 646535

**CERTIFICATE OF SERVICE**

I, Liam J. McCarthy, SCANNELL & CROWLEY, LLP, Five High Street, Medford, MA, 02155, hereby certify that on this 14th day of October, 2005, I served a copy of the **PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE DEADLINE FOR FILING OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, herein attached, upon the following in accordance with Fed.R.Civ.P. 5:

    Scott Tucker, Esq.
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA  02108

    _____
    Liam J. McCarthy
    SCANNELL & CROWLEY, LLP
    Five High Street
    Medford, MA  02155
    (339) 674-9777
    BBO#: 646535