UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MERRIMACK MUTUAL FIRE INS. CO.,
as Subrogee of NICHOLAS CRESTA,
         Plaintiff,

C.A. NO. 04-10929-RGS

v.

BLACK & DECKER (U.S.), INC.,
         Defendant.

STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant have stipulated that this action be dismissed with prejudice, and without imposition of costs.

| The Plaintiff, | The Defendant, |
|---|---|
| By its Attorneys, | By its Attorneys, |
| _/s/ Liam J. McCarthy_ | _/s/ Scott J. Tucker_ |
| Liam J. McCarthy – BBO# 646535 | Scott J. Tucker - BBO#503940 |
| Scannell & Crowley, LLP | Tucker, Heifetz & Saltzman, LLP |
| 5 High Street | 100 Franklin Street |
| Medford, MA 02155 | Boston, Massachusetts 02110 |
| (339) 674-9777 | (617) 557-9696 |